Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of

Division

|  |  |  |
|---|---|---|
| **James Carter** | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Amazon** | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | James Carter |
| Street Address | 480 Maurice River Pkwy |
| City and County | Vineland |
| State and Zip Code | New Jersey |
| Telephone Number | 302-442-8419 |
| E-mail Address | jamescarter79581115@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Amazon Acy1 |
| Job or Title *(if known)* | Company |
| Street Address | Rd |
| City and County | West Deptford |
| State and Zip Code | New Jersey |
| Telephone Number | 888-892-7180 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Charlotte Smythe |
| Job or Title *(if known)* | Area Manager |
| Street Address | 240 Mantna Grove Rd |
| City and County | West Deptford |
| State and Zip Code | New Jersey |
| Telephone Number | 888-892-7180 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Amazon |
| Street Address | 240 Manta Grove RD |
| City and County | West Detford |
| State and Zip Code | New Jersey 08066 |
| Telephone Number | |

### II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☒    Failure to promote me.

☐    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☒    Other acts *(specify)*:    I was told by Charlotte Smythe not to say anything about unfair treatment, just d

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Since June or July of 2019

C.    I believe that defendant(s) *(check one)*:

☒    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒    race    African American/Indian

☒    color    Brown skin

☐    gender/sex

☐    religion

☐    national origin

☐    age *(year of birth)*    *(only when asserting a claim of age discrimination.)*

☒    disability or perceived disability *(specify disability)*

speech impediment

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Attached letter

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

September Of the year 2019

B.      The Equal Employment Opportunity Commission *(check one)*:

☒      has not issued a Notice of Right to Sue letter.

☐      issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Diversity is required in the workplace,

Employers have an obligation to provide employees with a safe work environment free from discrimination, harassment, and intimidation. Without proper training and management, a diverse workplace can become a breeding ground for behavior and actions that rise to the level of unlawful and unfair employment practices.

Diversity in the workplace is a people issue, which focuses on the similarities and differences between people in an organization, because of many pieces of legislation on the federal and state level, discrimination is illegal in workplaces equal opportunity laws make discrimination in workplaces illegal.

Title VII of the Civil Rights Acts of 1964 prohibits employment discrimination based on race, color or national origin by a private employer, state or local government or educational institution with 15 or more employees for 20 or more weeks a year.


Front Half-Night,

I had a private conversation with my Area Manager concerning my issues on the discrimination taken place at Amazon shift F.H.N., now to her benefit, Mrs. Smythe, Charlotte didn't come right out and say the word discrimination, but she did say, "There's no diversity on our shift", which is true because everyone in meaningful positions are all Caucasian. These positions that are not given to others has prevented people of color from reaching higher goals or better-paying jobs within the company. The H.R. department has implemented a matrix system for advancement on the job. This is unfair to the people of color on FHN because they'll never get the training needed to score high enough to qualify for an interview.

I was told by Prcatt, Megan another Area Manager on the FHN shift that I should feel lucky because Polcari, Melissa the third Area Manager on FHN, had to fight to get me problem solved trained. That statement hit me hard and open my eyes to the discrimination I've been dealing with. It took an outside Area Manager to fight for me to get training when I have all the qualifications and more. I now realize why Mrs. Polcari, said to me, "Don't let me down", I never understood why she would make that statement to me. I've done that work before at ACY5 and other jobs. Since my training others have followed, I wonder if someone fight for them to be trained.

Lastly getting back to the conversation with Area Manager Charlotte, I was told in her opinion and I quote, "You're the hardest working man I know, there's nothing you can't do or become, but you have to say nothing about what other people are doing just do what your told to do". So I can't speak on unfair treatment, just do what we say. This is true because I had a PA come up and tell me, "James Charlotte is asking about you ", then he advised me to do what he says.


Note: The response I received from site Manager was to change my shift.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I will be seeking emotional distress, lost of wages and benefits and punitive damages.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _11/6/2019_

Signature of Plaintiff    _James Carter_

Printed Name of Plaintiff    _JAMES CARTER_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Street Address        _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address        _____

Page 6 of 6